UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
OCT 25 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23CR00588-HEA/SRW |
| CHRISTOPHER ROBBINS, | ) |
| Defendant. | ) |

### GOVERNMENT'S ENTRY OF APPEARANCE

Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nicholas H. Lake, Assistant United States Attorney, hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Nicholas H. Lake*
NICHOLAS H. LAKE, #71049MO
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
Nicholas.lake@usdoj.gov
Telephone: (314) 539-2200
Facsimile: (314) 539-3887