FILED
OCT 25 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. |
| CHRISTOPHER ROBBINS, | ) 4:23CR00588-HEA/SRW |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nicholas H. Lake, Assistant United States Attorney for said District, and moves the Court to order Defendant Christopher Robbins detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The investigation by the St. Louis Metropolitan Police Department has shown that on September 6, 2023, SLMPD officers responded to the area of Meramec Street and S. Grand Blvd. relative to a call for shots being fired on the Village Too parking lot. Upon arrival, the officers observed Defendant, walking south on S. Grand. Defendant matched the clothing and physical description of the shooter as described by the caller. Defendant was also carrying a blue cross body bag. The officers activated their emergency lights and attempted to conduct a pedestrian check at which time Defendant fled from the officers. As Defendant fled, officers observed him

throw a black firearm over the privacy fence into the rear of 3511 Kingsland Court. Defendant attempted to climb over the fence at which time Defendant was tased and fell to the ground. Defendant ignored the officer's commands to stop moving and had to be tased a second time, after which, Defendant was successfully secured in handcuffs. Officers recovered the discarded firearm from the rear of 3511 Kingsland Court and observed it to be a loaded, black 9mm Luger semiautomatic pistol. A computer inquiry revealed Defendant is a convicted felon. After being advised of his *Miranda* rights, Defendant stated he shot his firearm earlier in the evening to scare someone. Defendant also admitted he knew he was a convicted felon and that he bought the gun off the street. It should be noted, while conducting an additional search of Defendant, officers located two (2) blue and white capsules in Defendant's pants pocket. Lab testing revealed the presence of Fentanyl inside the capsules.

2. Based on the statutory factors in 18 U.S.C. § 3142(g), detention is appropriate in this case. Pursuant to Section 3142(g)(1), the nature and circumstances of this case are that Defendant has been charged with an offense involving a firearm. Pursuant to Section 3142(g)(2), the weight of the evidence against Defendant, as summarized above, is strong. Defendant admitted that he possessed the recovered 9mm handgun. Equally troubling is Defendant's admission that he discharged the handgun earlier that day to scare another individual. The entire incident – including Defendant's statements – was captured on police bodycam and dashcam. Pursuant to Section 3142(g)(3)(A), it appears that Defendant has prior convictions for various offenses, including burglary, possession of a controlled substance, and resisting arrest. Pursuant to Section 3142(g)(3)(B), it appears that Defendant was on parole at the time of this incident. Further review of Defendant's history reveals multiple probation violation filings and failures to appear for court, requiring warrants to be issued for his arrest. Given the facts of this case and the strength of the

evidence, coupled with Defendant's criminal history, Defendant's pretrial detention is necessary to ensure the safety of the community and Defendant's appearance at future proceedings.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Nicholas H. Lake*
NICHOLAS H. LAKE #71049MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200